**Behazd ABADI, Petitioner,**

v.

**IMMIGRATION AND
NATURALIZATION SERVICES,
Respondent.**

No. 01–71849.

I & NS No. A75–596–542.

United States Court of Appeals,
Ninth Circuit.

Feb. 25, 2003.

Before D.W. NELSON and T.G.
NELSON, Circuit Judges, and
SCHWARZER,* Senior District Judge.

ORDER

The Memorandum disposition filed December 19, 2002, is amended by adding at the end of the first paragraph of Part III (at p. 7) the following:

The IJ stated that were it not for his credibility analysis, he would have ruled in favor of Abadi. (AR 38.)

The petition for rehearing is DENIED.

* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.
* The Honorable David C. Bury, District Judge for the District of Arizona, sitting by designation.